# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: <u>Peterson v. Holt, et al.</u> : CIVIL NO. 1:CV-07-2280

Inmate: Thomas Peterson : (Judge Conner)

ID Number: 31168-018 :

## ORDER

On December 17, 2007, Thomas Peterson, an inmate currently confined at the Canaan United States Penitentiary, Waymart, Pennsylvania, filed a habeas corpus petition without submitting a filing fee or a motion to proceed <u>in forma pauperis</u>. By Administrative Order dated December 19, 2007, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed <u>in forma pauperis</u>. Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

DATE:   January 24, 2008